DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VITO'S GOURMET PIZZA SOUTH, LLC,**
Appellant,

v.

**JOHN SLOCOMB, KELLY KIRBY, and NATHAN STRICKLAND,**
Appellee.

No. 4D19-462

[February 27, 2020]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 14-009645 (09).

Robert O. Dugan of Buckner, Shifrin, Etter, Dugan & Bradfute, P.A., Miami, for appellant.

Lawrence S. Ben and Andrew S. Ben of The Ben Law Firm, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***